*E-Filed 6/10/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDREW SCHLAGER,                          No. C 11-1186 RS (PR)

          Plaintiff,                        **ORDER OF TRANSFER**

    v.

R. MIRANDA,

          Defendant.
_____/

      Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  The acts complained of occurred at High Desert State Prison in Lassen County, which is in the Eastern District of California, and it appears that the defendant resides in that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

      **IT IS SO ORDERED**.

DATED:  June 10, 2011

                             _____
                             RICHARD SEEBORG
                      United States District Judge

**United States District Court**
For the Northern District of California