1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   ANDREW G. SCHLAGER,                    No. CIV S-11-1591-JAM-CMK-P

9              Plaintiff,

10      vs.                                 <u>ORDER</u>

11  R. MIRANDA,

12              Defendant.

13  _____/

14          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

15  42 U.S.C. § 1983.  Pending before the court is defendant's motion to vacate the dispositive

16  motion fling deadline set forth in the court's November 3, 2011, scheduling order.  Good cause

17  appearing therefor, the request is granted.  The entire scheduling order is vacated pending

18  resolution of defendant's motion to dismiss.  If appropriate, a new schedule will be set following

19  final resolution of that motion.

20          IT IS SO ORDERED.

21

22   DATED:  May 31, 2012

23                                          _____

24                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

25

26

1