IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. SCHLAGER,　　　　　　　　No. CIV S-11-1591-JAM-CMK-P

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　<u>ORDER</u>

R. MIRANDA,

　　　　Defendant.

　　　　　　　　　　　　　　　　　／

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion to vacate the dispositive motion fling deadline set forth in the court's November 3, 2011, scheduling order.  Good cause appearing therefor, the request is granted.  The entire scheduling order is vacated pending resolution of defendant's motion to dismiss.  If appropriate, a new schedule will be set following final resolution of that motion.

　　　　IT IS SO ORDERED.


DATED: May 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1